**No. 51013.**—Protests 56067–K, etc., of Patons & Baldwins, Inc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved. The protests were sustained to this extent.

APRIL 10, 1946

**No. 51014.**——Protests 35743–K, etc., of Haddad & Sons et al. Abstract 50945. Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, APRIL 17, 1946

**No. 51015.**—Protests 111082–K, etc., of Thorens Co. (New York).

Opinion by OLIVER, P. J. It is stipulated that the music boxes are similar in all material respects to those the subject of *Thorens Co.* v. *United States* (15 Cust. Ct. 165, C. D. 965). In accordance therewith the claim at 20 percent under paragraph 1541 (a), as modified by T. D. 48093, was sustained.

**No. 51016.**—Protests 112252–K, etc., of Sprague Manufacturing Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the music boxes are similar in all material respects to those the subject of *Thorens Co.* v. *United States* (15 Cust. Ct. 165, C. D. 965). In accordance therewith the claim at 20 percent under paragraph 1541 (a), as modified by T. D. 48093, was sustained.

**No. 51017.**—Protest 119468–K of F. W. Woolworth Co. (Baltimore).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the harmonicas in question are similar in all material respects to those the subject of Abstract 47811, the claim at 40 percent under paragraph 1541 was sustained.